No. 80–6114.  MARSHALL v. DISTRICT OF COLUMBIA ET AL. Ct. App. D. C.  Certiorari denied.

No. 80–6115.  FRIEDMAN v. JEWISH FAMILY SERVICES.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 80–6116.  NYLON v. WYRICK, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 80–6117.  RICHARDS v. PARSONS ET AL.  C. A. 8th Cir. Certiorari denied.

No. 80–6119.  DUKES v. DARCY ET AL.  C. A. 2d Cir. Certiorari denied.

No. 80–6121.  BROWN v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–6124.  BUMPUS v. GUNTER ET AL.  C. A. 1st Cir. Certiorari denied.

No. 80–6128.  HOUSTON v. LANE, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 80–6130.  McMILLIAN v. INDIANA.  Sup. Ct. Ind. Certiorari denied.

No. 80–6132.  GRICE v. ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 80–6133.  ZDANIS v. CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 80–6134.  DePAUL v. PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.